# Court of Appeals, State of Michigan

## ORDER

Jorge Ferrer v County of Wayne

Docket No. 308921

LC No. 99-923846-NZ

Elizabeth L. Gleicher
Presiding Judge

Stephen L. Borrello

Deborah A. Servitto
Judges

The Court orders that the motion for reconsideration is GRANTED, and this Court's opinion issued July 1, 2014 is hereby VACATED. A new opinion is attached to this order.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

SEP 30 2014
_____
Date

_____
Chief Clerk